IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>        Plaintiff,<br><br>  v.<br><br>VERCO DECKING, INC.,<br><br>        Defendant.<br>_____ / | No. C 12-00184 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 31, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 7, 2013.

DESIGNATION OF EXPERTS: 4/12/13; REBUTTAL: 5/3/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 7, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by July 12, 2013;

    Opp. Due July 26, 2013; Reply Due August 2, 2013;

    and set for hearing no later than August 16, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 8, 2013 at 3:30 PM.

COURT TRIAL DATE: October 21, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The deadline to amend the pleadings is October 5, 2012.
The Court granted leave for each side to pose 50 interrogatories.
This case shall be referred to Magistrate-Judge Spero or Laporte for settlement purposes. The settlement conference shall occur within 60 days. The case shall be randomly assigned to any magistrate if either Spero or Laporte is not available.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/7/12

                                              SUSAN ILLSTON
                                              United States District Judge