Paul P. "Skip" Spaulding, III (State Bar No. 83922)
sspaulding@fbm.com
Matthew E. Bostick (State Bar No. 268563)
mbostick@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
VERCO DECKING, INC.

Michael R. Lozeau (State Bar No. 142893)
michael@lozeaudrury.com
Richard T. Drury (State Bar No. 163559)
richard@lozeaudrury.com
Douglas J. Chermak (State Bar No. 233382)
doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERCO DECKING, INC., a corporation,<br><br>Defendant. | Case No. C12-00184 SI<br><br>**JOINT STIPULATION TO EXTEND UPCOMING LITIGATION DEADLINES TO ACCOMMODATE CONTINUING SETTLEMENT NEGOTIATIONS AND [~~PROPOSED~~] ORDER** |

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") and Defendant Verco Decking, Inc. ("Defendant"), following a further settlement conference before Magistrate Judge Spero on September 5, 2012, have reached an agreement in principle to resolve all claims by Plaintiff;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Jt. Stip. to Extend Lit. Deadlines to Accommodate
Settlement Negotiations & [Proposed] Order

23505\3284697.1

WHEREAS, Plaintiff and Defendant are optimistic that the terms of a final written settlement or consent agreement will be reached in the next 30 days;

WHEREAS, Plaintiff and Defendant agree that it is appropriate to reschedule upcoming summary judgment deadlines and an upcoming further case management conference by approximately 30 days to facilitate further settlement negotiations; and

WHEREAS, the parties agree that adjusting the appearances and deadlines listed below will not have a significant impact on the case schedule.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective counsel, to respectfully request that the Court set the following appearances and deadlines:

November 1, 2012:  Last day for Defendant to file early partial summary judgment motion.

November 15, 2012:  Last day for Plaintiff's opposition.

November 21, 2012:  Last day for Defendant's reply.

December 7, 2012, or the Court's first available date thereafter:  Hearing on Defendant's early partial summary judgment motion.

December 7, 2012, or the Court's first available date thereafter:  Further case management conference.

December 31, 2012:  Last day for amendment of pleadings.

Dated: September 27, 2012            FARELLA BRAUN + MARTEL LLP

By: */s/ Matthew E. Bostick*
    Matthew E. Bostick

Attorneys for Defendant
VERCO DECKING, INC.

Dated: September 27, 2012            LOZEAU DRURY LLP

By: */s/ Michael R. Lozeau* (as authorized on 9/26/2012)
    Michael R. Lozeau

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Jt. Stip. to Extend Lit. Deadlines to Accommodate Settlement Negotiations & [Proposed] Order

- 2 -

23505\3284697.1

## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED:

The following revised appearance dates and deadlines shall apply in the above-captioned case and shall replace the current corresponding appearance dates and deadlines:

November 1, 2012:  Last day for Defendant to file early summary judgment motion.

November 15, 2012:  Last day for Plaintiff's opposition.

November 21, 2012:  Last day for Defendant's reply.

December 7, 2012, or ~~or~~ _____:  Hearing on Defendant's early summary judgment motion.

December 7, 2012, ~~or~~ _____:  Further case management conference.

December 31, 2012:  Last day for amendment of pleadings.

IT IS SO ORDERED.

Dated: ___10/3/12___, 2012

_____
THE HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Jt. Stip. to Extend Lit. Deadlines to Accommodate Settlement Negotiations & [Proposed] Order

- 3 -

23505\3284697.1