1  Michael R. Lozeau (State Bar No. 142893)
   michael@lozeaudrury.com
2  Richard T. Drury (State Bar No. 163559)
   richard@lozeaudrury.com
3  Douglas J. Chermak (State Bar No. 233382)
   doug@lozeaudrury.com
4  LOZEAU DRURY LLP
   410 12th Street, Suite 250
5  Oakland, CA 94607
   Telephone: (510) 836-4200
6  Facsimile: (510) 836-4205

7  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION
8  ALLIANCE

9  Paul P. "Skip" Spaulding, III (State Bar No. 83922)
   sspaulding@fbm.com
10 Matthew E. Bostick (State Bar No. 268563)
   mbostick@fbm.com
11 Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
12 San Francisco, CA  94104
   Telephone:  (415) 954-4400
13 Facsimile:  (415) 954-4480

14 Attorneys for Defendant
   VERCO DECKING, INC.

15                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17 CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br>18<br>19         Plaintiff,<br>20    vs.<br>21 VERCO DECKING, INC., a corporation,<br>22         Defendant. | Case No.  C12-00184 DMR<br><br>**NOTICE OF SETTLEMENT;<br>STIPULATION AND [~~PROPOSED~~] ORDER STAYING PROCEEDINGS AND VACATING EXISTING DATES**<br><br>Judge: Hon. Susan Illston<br>  Case Mgt. conference continued to 2/8/13 @ 2:30 p.m. |

24    **PLEASE TAKE NOTICE** that the parties have reached a settlement resolving all claims

25 in this action.  Entry of the settlement, however, ~~must await the expiration of the federal agencies'~~

26 45-day review period required by the Federal Water Pollution Control Act, 33 U.S.C. §

27

28

Notice of Settlement;  Stip. and
[Proposed] Order Staying Proceedings and
Vacating Existing Dates

Case No. C12-00184
23505\3304992.1

1365(c)(2).[1]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). Such notice was mailed to the agencies on October 11, 2012. The regulatory agencies' review period will end by approximately December 4, 2012 (allowing forty-five days for agency review and approximately nine days for mailing time). If any of the reviewing agencies object to the proposed Consent Agreement, the parties may require additional time to meet and confer and attempt to resolve the agencies' concerns. At the end of the 45-day review period, the parties will file the proposed Consent Agreement for review and approval by the Court.

In light of the settlement agreement entered into by the parties and the need to await the conclusion of the agencies' 45-day review period, Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Verco Decking Inc. ("Verco"), through their respective counsel, stipulate and agree as follows:

**WHEREAS**, on January 11, 2012, CSPA filed its Complaint in this action;

**WHEREAS**, CSPA and Verco have been diligently engaged in settlement discussions since the filing of the Complaint;

**WHEREAS**, the parties successfully completed and executed a proposed Consent Agreement on October 8, 2012;

**WHEREAS**, on October 11, 2012, CSPA submitted the proposed Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and must now await the completion of the 45-day review period set forth at 40 C.F.R. § 135.5 and 33

---

[1] Title 33 of the United States Code, Section 1365(c)(2) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

Notice of Settlement; Stip. and
[Proposed] Order Staying Proceedings     - 2 -                    Case No. C12-00184
and Vacating Existing Dates

23505\3304992.1

1  U.S.C. § 1365(c)(2);

2  **WHEREAS**, in the interests of efficiency and judicial economy, the parties wish to
minimize costs incurred in this matter pending the agencies' review of the executed settlement
agreement;

**WHEREAS**, in light of the parties' entering into the settlement agreement and the need to
allow the federal agencies 45 days to review the proposed Consent Agreement, the parties further
request that the Court immediately stay all proceedings in this action until December 15, 2012, by
which date the parties expect to have filed the proposed Consent Agreement for approval by the
Court.  The parties further request that all deadlines and dates currently scheduled by the Court be
vacated.

**THEREFORE, IT IS HEREBY STIPULATED**, by and between CSPA and Verco,
through their respective counsel of record, that the Court stay all proceedings in this action until
December 15, 2012 and, with the exception of this Stipulation, vacate all deadlines and dates
currently scheduled by the Court.

Respectfully submitted,

Dated:  October 24, 2012          FARELLA BRAUN + MARTEL LLP

                                  By: *Paul P. "Skip" Spaulding* (as authorized on 10/12/2012)
                                      Paul P. "Skip" Spaulding
                                      Attorneys for Defendant VERCO DECKING, INC.

Dated:  October 24, 2012          LOZEAU DRURY LLP

                                  By: *Michael R. Lozeau*
                                      Michael R. Lozeau
                                      Attorneys for Plaintiff
                                      CALIFORNIA SPORTFISHING PROTECTION
                                      ALLIANCE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __10/26/12__

                                  _____
                                  The Hon. Susan Illston
                                  United States District Judge

Notice of Settlement;  Stip. and
[Proposed] Order Staying Proceedings      - 3 -          Case No. C12-00184
and Vacating Existing Dates                              Case Mgt. conference continued to 2/8/13 @
                                                         2:30 p.m.

23505\3304992.1